**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION**

**ROBERT GALLOWAY**                                                                 **PLAINTIFF**

**v.**                              **CASE NO. 3:24-CV-00234-BSM**

**HINO MOTORS MANUFACTURING U.S.A., INC.**                      **DEFENDANT**

**<u>JUDGMENT</u>**

Consistent with the order entered today, this case is dismissed without prejudice.

IT IS SO ORDERED this 16th day of April, 2026.

_____
UNITED STATES DISTRICT JUDGE